**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The American Automobile Association, Inc., | No. 11-CV-2464-PHX-PGR |
| Plaintiff, | |
| vs. | **ORDER** |
| Triple A Auto Glass, LLC, et al. | |
| Defendant. | |

On August 27, 2012, Plaintiff, The American Automobile Association, Inc. ("AAA") appeared before the Court pursuant to the Court's July 20, 2012, Order to Show Cause. (Doc 26.) Defendants did not appear. During the hearing, AAA provided evidence that Defendants continue to make unauthorized use of AAA's trademarks in violation of the Court's April 2, 2012, Order permanently enjoining Defendants from using the marks. (Doc. 21.) Specifically, Defendants maintain the corporate registration for Triple A Auto Glass, LLC, and continue to operate a website at the domain name TRIPLEAAUTOGLASS.US that advertises the business Triple A Auto Glass. (Doc. 28; *see* Doc. 29, Ex. A.)

AAA requested that the Court hold Defendants in contempt of court for their failure to comply with the Court's April 2 Order.

Pursuant to AAA's oral argument, the exhibits submitted at the August 27 hearing, and the papers filed by AAA in connection with its Motion for an Order to Show Cause,

**IT IS ORDERED** that:

1. Defendants Triple A Auto Glass, LLC, and John Price ("Defendants") are hereby held in contempt of court for failure to comply with the Order issued by the Court on April 2, 2012.

2. No later than thirty (30) days after the entry of this contempt order, Defendants must fully comply with the Court's April 2 Order and cease all remaining unauthorized use of AAA's trademarks, including, but not limited to, by ceasing the continued unauthorized uses, by paying to AAA $11,093.60 in costs and attorneys fees awarded by the Court, and by submitting to the Court a report, in writing and under oath, setting forth in detail the manner in which Defendants have complied with the Court's Order.

3. No later than thirty (30) days after the entry of this contempt order, Defendants shall pay to AAA the additional sum of $8,062.18, representing the reasonable attorneys fees and costs that AAA incurred in attempting to enforce the Court's April 2 Order.

4. In the event that Defendants do not comply with this Order within thirty (30) days of entry, AAA may seek further assistance from the Court in enforcing the April 2 Order.

5. AAA shall serve a copy of this Order on Defendants by certified and electronic mail.

DATED this 14th day of September, 2012.

Paul G. Rosenblatt
United States District Judge